IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dubowski, Lawrence

Printed: 01/22/09

Case Number: 05 B 56666
Judge: Wedoff, Eugene R
Filed: 10/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 5, 2008
Confirmed: December 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,780.67 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 9,387.09 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 692.91 |
| Other Funds: |  | 0.67 |
| Totals: | 12,780.67 | 12,780.67 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Discover Financial Services | Unsecured | 960.77 | 1,053.63 |
| 3. | Discover Financial Services | Unsecured | 1,980.36 | 2,171.76 |
| 4. | Discover Financial Services | Unsecured | 1,050.47 | 1,151.97 |
| 5. | ECast Settlement Corp | Unsecured | 1,035.04 | 1,135.09 |
| 6. | ECast Settlement Corp | Unsecured | 2,526.60 | 2,770.88 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,006.49 | 1,103.76 |
| 8. | St Francis Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,259.73 | $ 12,087.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 93.79 |
| 5% | 28.02 |
| 4.8% | 179.84 |
| 5.4% | 239.08 |
| 6.5% | 145.57 |
| 6.6% | 6.61 |
|  | $ 692.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dubowski, Lawrence

Printed: 01/22/09

Case Number:  05 B 56666
Judge:  Wedoff, Eugene R
Filed:  10/15/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

